No. 305. NEWPORT NEWS SHIPBUILDING & DRY DOCK Co. *v.* SCHAUFFLER ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Fred H. Skinner, H. H. Rumble,* and *John Marshall* for petitioner. *Solicitor General Reed,* and *Messrs. A. H. Feller* and *Charles Fahy* for respondents.

No. 199. UNITED STATES *v.* JACKSON. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted, limited to the first question presented by the petition. *Solicitor General Reed* for the United States. *Messrs. Warren E. Miller* and *R. K. Wise* for respondent.

No. 208. LEITCH MANUFACTURING Co. *v.* BARBER COMPANY. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Samuel Ostrolenk* for petitioner. *Messrs. Frank S. Busser* and *George J. Harding* for respondent.

No. 202. HARRY FLEISHER *v.* UNITED STATES;
No. 203. SAM FLEISHER *v.* SAME; and
No. 204. STEIN *v.* SAME. October 11, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted, limited to the question whether the first count of the indictment states an offense under federal law. *Messrs. Isidore G. Stone, Alfred A. May,* and *Arthur H. Ratner* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States. Reported below: 91 F. (2d) 404.